JAMES G. GREIMS, Respondent, *v.* BANKERS TRUST COMPANY et al., Appellants; JAMES G. GREIMS, JR., by EDGAR P. FEELEY, His Guardian ad Litem, et al., Respondents, et al., Defendants.

Argued November 17, 1954; decided December 31, 1954.

*James Adam Murphy* for Bankers Trust Company, appellant.

*Jacob Shientag*, special guardian ad litem for Joan Greims and another, infants, appellants, and *Edward J. Gould*, special guardian ad litem for Gerard F. Greims, infant, and others, appellants.

*David Saperstein* and *Isaac M. Barnett* for James G. Greims, respondent.

*Edgar P. Feeley*, guardian ad litem for James G. Greims, Jr., infant, respondent.

*Frank A. F. Severance* for Eugenie de B. Greims, respondent.

Judgment affirmed, with costs to respondents payable out of the trust fund; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.